UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2022
```

MICHAEL THOMPSON,

                    Plaintiff,           1:21-cv-10481-GHW

       -against-                ORDER

GOODRICH PETROLEUM CORPORATION,
WALTER G. GOODRICH, ROBERT C.
TURNHAM, JR., RONALD F. COLEMAN, K.
ADAM LEIGHT, TIMOTHY D. LEULIETTE,
JEFFREY S. SEROTA, EDWARD J. SONDEY, and
THOMAS M. SOUERS,

                   Defendants.

---

GREGORY H. WOODS, District Judge:

The initial pretrial conference, currently scheduled for March 22, 2022 at 4:30 p.m. is

**rescheduled to March 21, 2022 at 11:00 a.m.**  The joint letter and proposed case management plan

described in the Court's December 9, 2021 Order, Dkt. No. 3, is due on or before March 14, 2022.

The conference will be conducted by telephone.  The parties are directed to the Court's Emergency

Rules in Light of COVID-19, which are available on the Courts website, for the dial-in number and

other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the

Court's Emergency Rules.

SO ORDERED.

Dated:  March 7, 2022
New York, New York

                                 GREGORY H. WOODS
                             United States District Judge